900 F.2d 256
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
John Lester HARRIS, Defendant-Appellant.
 No. 89-6888.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 5, 1990.
Decided March 16, 1990.
Rehearing and Rehearing In Banc Denied April 12, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Chief District Judge. (CR No. 81-11).
 John Lester Harris, appellant pro se.
 Samuel Thomas Currin, Office of the United States Attorney, Raleigh, N.C., for appellee.
 E.D.N.C.
 AFFIRMED.
 Before ERVIN, Chief Judge, and PHILLIPS and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 John Lester Harris appeals from the district court's order dismissing his suit without prejudice. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Harris, CR No. 81-11 (E.D.N.C. Aug. 28, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED